# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### DELTA DIVISION

**NANCY TOWNSEND,**                          **PLAINTIFF**

**V.**                          **NO. 2:06CV70-P-B**

**HORSESHOE CASINO,**                          **DEFENDANT**

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **dismissed** with prejudice as frivolous under 28 U.S.C. §1915(e)(2)(B)(i).

**IT IS SO ORDERED.**

THIS the 30th day of May, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE